■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTIS AUSTIN, Appellant.— Appeal from an order of the Supreme Court, Kings County, dated October 2, 1967, dismissed. An order denying a motion for resentence is not appealable (*People* v. *Brown,* 26 A D 2d 779). However, we have considered the merits of defendant's contentions, and, if we were not dismissing the appeal, we would affirm the order. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.